UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/21/2020
```

Dresser-Rand Company, *et al.*,

                    Plaintiffs,

          –v–

Ingersoll Rand Company, *et al.*,

                    Defendants.

18-cv-3225 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

        Defendant Ingersoll-Rand Company's unopposed motion for substitution of parties filed

August 7, 2020, (Dkt. No. 84) is GRANTED.

        SO ORDERED.

Dated:  August 21, 2020
        New York, New York

                                        _____
                                              ALISON J. NATHAN
                                          United States District Judge