UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
Dresser-Rand Company, et al.,
                      Plaintiffs,

-against-

Ingersoll Rand Company Limited, et al.,
                      Defendants.
-----------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/23/2020

18 **CIVIL** 3225 (AJN)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated November 20, 2020, the Court lacks the power to issue the advisory opinion Dresser seeks, and so the case is dismissed for lack of jurisdiction. Ingersoll's motion for summary judgment is GRANTED. Dresser's motion for summary judgment is DENIED. Dresser's claim for declaratory judgment is dismissed without prejudice; accordingly, the case is closed.

**Dated:** New York, New York
       November 23, 2020

                                            **RUBY J. KRAJICK**

                                            **Clerk of Court**
                   **BY:**
                                            **Deputy Clerk**